# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAKOTA BURCHARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:23-cv-00455 ) |
| CORECIVIC OF TENNESSEE, LLC, ET AL., | ) JUDGE CAMPBELL ) MAGISTRATE JUDGE ) NEWBERN |
| Defendants. | ) |

## ORDER

The **REFERRAL** to the Magistrate Judge (Doc. No. 4) is hereby **RESCINDED**. Pursuant to 16.01, the initial case management conference before Judge Campbell is scheduled in Courtroom 6D, Fred D. Thompson U.S. Courthouse, 719 Church Street, Nashville, Tennessee, on August 14, 2023, at 3:00 p.m.

**Lead trial counsel for each party is required to attend the Initial Case Management Conference**. Appearance by counsel at the initial case management conference will not be deemed to waive any defenses to personal jurisdiction. Counsel should bring their calendars with them to the conference, as deadlines for the progression of the case and a trial date will be set at that time. Counsel for the plaintiff should notify Judge Campbell's courtroom deputy if any defendant has not been served before the scheduled conference date.

Counsel for all parties must, at the initiative of plaintiff's counsel, prepare and submit a joint proposed initial case management order in the form required by Judge Campbell. The proposed order shall encompass the discovery plan required by Fed. R. Civ. P. 26(f), address any issues that can be resolved by agreement, and otherwise comply with Local Rule 16.01(f). The proposed initial case management order shall be filed **AT LEAST 3 BUSINESS DAYS BEFORE THE SCHEDULED CONFERENCE**. Counsel should consult the court's website (www.tnmd.uscourts.gov) under "Court Information/Judges" for Judge Campbell's sample initial case management order.

The parties shall be prepared at the initial case management conference to discuss: (1) the substantive factual and legal issues presented, such that the parties and the Court can have a realistic discussion of the progression of this case and possible issues preventing settlement; and (2) whether any early dispositive motions are anticipated and whether amendments may eliminate the need for such motions. Counsel for the parties are expected to have reviewed the Court's Practice and Procedure Manual.

Pursuant to Fed. R. Civ. P. 26(d), discovery is stayed until the initial case management conference. Unless exempted by Fed. R. Civ. P. 26(a)(1)(B), all cases are subject to the required initial disclosure requirements of Rule 26(a)(1).

Pursuant to Local Rule 16.01(e)(2), counsel for the plaintiff must serve a copy of this Order on the other parties for which counsel of record have not.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE