ORDER: Motion GRANTED; response due by November 7, 2023.

*William L. Campbell, Jr.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DAKOTA BURCHARD,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**CORECIVIC OF TENNESSEE, LLC,** )<br>**TROUSDALE COUNTY, TENNESSEE,** )<br>**LYBRUNCA COCKRELL, CORTNEY** )<br>**CRAWFORD, MARTIN FRINK,** )<br>**JERMARIS PORTER, and JANE** )<br>**WRIGHT,** )<br>)<br>    **Defendants.** ) | Civil Action Number 3:23-CV-455<br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern<br>Jury Demand |

## MOTION FOR ENLARGEMENT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants CoreCivic of Tennessee, LLC, Trousdale County, Tennessee, Lybrunca Cockrell, Cortney Crawford, Martin Frink, and Jermaris Porter respectfully move the Court to enlarge the time for them to respond to Daniel Horwitz's Motion to Clarify (Docket Entry 16) by seven (7) days to November 7, 2023. As grounds for this Motion for Enlargement, Defendants state as follows:

1. On October 17, 2023, Plaintiff's counsel, Daniel Horwitz, filed a Motion to Clarify. (Docket Entry 16). Pursuant to Local Rule 7.01(a)(3), Defendants must respond to the Motion within fourteen (14) days and specifically by October 31, 2023.

2. Defendants need additional time to respond to the Motion to Clarify, including because they have additional deadlines that they must meet in the interim.

3. Plaintiff will not suffer any prejudice if the Court grants Defendants' Motion, as granting their Motion will not affect the trial date, nor will it affect any other deadlines.

316854626.1