UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DAKOTA BURCHARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number 3:23-CV-455 |
| | ) | District Judge William L. Campbell, Jr. |
| **CORECIVIC OF TENNESSEE, LLC,** | ) | Magistrate Judge Alistair E. Newbern |
| **TROUSDALE COUNTY, TENNESSEE,** | ) | Jury Demand |
| **LYBRUNCA COCKRELL, CORTNEY** | ) | |
| **CRAWFORD, MARTIN FRINK,** | ) | |
| **JERMARIS PORTER, and JANE** | ) | |
| **WRIGHT,** | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO ENTER AGREED PROTECTIVE ORDER

Plaintiff Dakota Burchard and Defendants CoreCivic of Tennessee, LLC, Trousdale County, Tennessee, Lybrunca Cockrell, Cortney Crawford, Martin Frink, and Jermaris Porter respectfully move the Court to enter an Agreed Protective Order, attached to this Motion. In support of this Motion, these parties state that entry of the Agreed Protective Order will allow for the protection of confidential information produced by the parties and by third parties, as defined and described in the attached Agreed Protective Order.

Respectfully submitted,

/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Defendants CoreCivic of Tennessee, LLC, Trousdale County, Tennessee, Lybrunca Cockrell, Cortney Crawford, Martin Frink, and Jermaris Porter*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this April 19, 2024, on the following:

Daniel A. Horwitz
Lindsay Smith
Melissa K. Dix
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, Tennessee 37209

/s/ Erin Palmer Polly