# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAKOTA BURCHARD, ) | |
| ) | |
|    Plaintiff, ) | NO. 3:23-cv-00455 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| CORECIVIC OF TENNESSEE, LLC, et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

Before the Court is Plaintiff's motion to ascertain status. (Doc. No. 24). The motion is **GRANTED** and the parties are advised as follows.

1. The Parties' Joint Motion for Protective Order (Doc. No. 22) is **GRANTED**. The Protective Order shall be entered separately.

2. The Parties' Joint Motion to Modify Initial Case Management Order (Doc. No. 23) to extend the deadlines for fact discovery and to file a case resolution plan status report concerning case resolution efforts is **GRANTED in part**. The fact discovery deadline is extended to July 1, 2024. The parties filed a joint status report on the originally set deadline of May 28, 2024. (*See* Doc. No. 26). Accordingly, the motion to extend that deadline is **MOOT**.

3. The parties are **ORDERED** to make an additional good faith attempt to resolve the case following the close of discovery. They parties shall file an updated status report concerning these efforts by July 31, 2024.

4. Plaintiff's motion to clarify the application of Local Rule 83.04 (Doc. No. 16)

remains pending before the Court and will be resolved in due course.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE