UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DAKOTA BURCHARD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number 3:23-CV-455 |
| ) | District Judge William L. Campbell, Jr. |
| **CORECIVIC OF TENNESSEE, LLC,** ) | Magistrate Judge Alistair E. Newbern |
| **TROUSDALE COUNTY, TENNESSEE,** ) | Jury Demand |
| **LYBRUNCA COCKRELL, CORTNEY** ) | |
| **CRAWFORD, MARTIN FRINK,** ) | |
| **JERMARIS PORTER, and JANE** ) | |
| **WRIGHT,** ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER REGARDING SUBPOENA
## *DUCES TECUM* ISSUED TO LAKENYA MCGHEE-TWILLEY

On June 10, 2024, Plaintiff Dakota Burchard provided notice of his intent to issue a subpoena *duces tecum* to Lakenya McGhee-Twilley ("McGhee-Twilley"), a copy of which is attached as **Exhibit A**. Through this subpoena, Plaintiff seeks production of the following documents:

> All discovery materials, including subpoenaed materials and deposition transcripts, received in Middle District of Tennessee Case No. 3:23-cv-00077, McGhee-Twilley v. CoreCivic of Tennessee, LLC.

(*See* Exhibit A).

Based on this request, the subpoena potentially implicates discovery responses, documents, information, and materials that were marked "CONFIDENTIAL" or "CONFIDENTIAL ATTORNEY'S EYES ONLY" pursuant to an Agreed Protective Order Against Unauthorized Use or Disclosure of Confidential Information from the referenced matter -- *Lakenya McGhee-Twilley v. CoreCivic of Tennessee, et al.*; M.D. Tenn. Case No. 3:23-CV-77. (Docket Entry 34).

In order to protect the confidentiality of discovery responses, documents, information, and materials that are obtained by Plaintiff in response to the subpoena issued to McGhee-Twilley, the parties agree, and it is hereby ORDERED that Plaintiff will treat any discovery responses, documents, information, and materials that are received in response to the subpoena and that are marked "CONFIDENTIAL" or "CONFIDENTIAL ATTORNEY'S EYES ONLY" in accordance with the terms of the Agreed Protective Order Against Unauthorized Use or Disclosure of Confidential Information entered in this case. (Docket Entry 28). For the avoidance of doubt, the terms of this Order shall apply to all documents that are marked "CONFIDENTIAL" or "CONFIDENTIAL ATTORNEY'S EYES ONLY" and that are produced in response to the subpoena, regardless of whether they were produced by parties or non-parties in the lawsuits implicated by the subpoena. This Order shall not impact the ability of any party or non-party to object to the subpoena or to seek relief with respect to the subpoena in accordance with the Initial Case Management Order and the Local Rules of this Court.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE