IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DAKOTA BURCHARD, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 3:23-cv-00455 |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE NEWBERN |
| CORECIVIC OF TENNESSEE, LLC, et al., | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the parties' joint motion to modify the Initial Case Management Order. (Doc. No. 33). For good cause shown, the motion is **GRANTED** and the deadlines in the Initial Case Management Order (Doc. No. 14) are amended as follows:

| Deadline | Date |
|---|---|
| Fact discovery | August 1, 2024 |
| Case resolution / joint status report | August 15, 2024 |
| Expert disclosure - Plaintiff | August 1, 2024 |
| Expert disclosure - Defendants | October 1, 2024 |

All other deadlines set forth in the Initial Case Management Order remain unchanged.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE