IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **DAKOTA BURCHARD,** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | No. 3:23-cv-455 |
| | ) | Judge Campbell |
| **CORECIVIC OF TENNEESSEE,** | ) | |
| **et al.** | ) | |
| | ) | |
|     **Defendants.** | ) | |

**MOTION TO QUASH OR MODIFY THE SUBPOENA OF
NONPARTY LAKENYA MCGHEE-TWILLEY**

Pursuant to Rules 26(c) and 45(d) of the Federal Rules of Civil Procedure, District Attorney General Jason Lawson, a non-party to this action, moves this Court to quash or modify the subpoena issued by Plaintiffs to Lakenya McGhee-Twilley to exclude General Lawson's ongoing criminal prosecution files and deposition transcripts designated by General Lawson. Plaintiff's subpoena should be quashed because it seeks protected material, is unduly burdensome, and seeks documents that are irrelevant to Plaintiff's claims. The grounds for this Motion are more fully set forth in the attached Memorandum of Law in support.

Respectfully Submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ *David Wickenheiser*
David Wickenheiser (BPR #040427)
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division

Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-7277
Fax: (615) 532-4892
David.Wickenheiser@ag.tn.gov

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing has been served via the electronic filing system this July 1, 2024, on the following:

Daniel A. Horwitz
Email: daniel.a.horwitz@gmail.com
Lindsay E. Smith
Email: lindsay@horwitz.law
Melissa Kathleen Dix
Email: melissa@horwitz.law
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, TN 37209
310-948-9354
Fax: 615-649-7692
*Counsel for Plaintiff*

Erin Palmer Polly
Email: Erin.Polly@klgates.com
Joseph F. Welborn , III
Email: joe.welborn@klgates.com
Terrence M. McKelvey
Email: terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street
Suite 1500
Nashville, TN 37203
615-780-6700
Fax: 615-780-6799
*Counsel for Defendants*

J. Branden Bellar
Brandon Bellar Law Office

216 Main Street
P.O. Box 192
Carthage, TN 37030
(615) 588-1605
Fax: (615) 588-1604
Email: branden@brandenbellar.com
*Counsel for Trousdale County, Tennessee*

/s/ *David Wickenheiser*
DAVID WICKENHEISER